### STATE EX REL. ALEXANDER IGGINS, RELATOR, VS. J. F. McCLELLAN, JUDGE, ET AL., RESPONDENTS.

The seventh section of the delinquent tenant act, chapter 3248, Laws of 1881, section 24. p. 705 McC.'s Digest, was, in so far as it authorized the Circuit Court to try *de novo*, or, in other words, as an original cause and anew upon its merits, a case appealed under such statute, from a judgment of the County Judge, inconsistent with sections 8 and 10, of Art. VI of the Constitution of 1868, as amended in 1875, and inoperative. The purpose and effect of the section 10, of Art. VI. was that the appeal in such cases should be to the appellate and not to the original jurisdiction of the Circuit Court. State *ex rel.* vs. King, 20 Fla., 399. approved.

*R. H. Fries* for Relator.

*Wm. Fisher* for Respondent.

RANEY, C. J.: This case is controlled by the decision made in State *ex rel.* Pleasure vs. McClellan *et al., supra*, p. 88, and the demurrer herein will be overruled with leave to respondents to plead within twenty days. It will be so ordered.